UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



RUBENVICTOR CENTENO-BERNUY,
WALDO CENTENO-BERNUY, AQUILES
MAURO GALINDO-BUENDIA AND JOEL
EFRAIN PECHO-VIVANCO,

        Plaintiffs,

VS.

DONALD A PERRY,

Civil Action No.:
03-CV-457(A)(Sr)

        Defendant

FILED AUG 27 2008 RODNEY C. EARLY, CLERK, WESTERN DISTRICT OF NY

## DEFENDANT RESPONSE TO PLAINTIFFS MEMORANDUM OF LAW

### INTRODUCTION

Plaintiffs Rubin Victor Centeno-Bernuy, et al are non-immigrant aliens illegally residing in the United States since they absconded in the middle of the night on 11/2/01, aided and abetted by their mule, Flor Aber/ ROI and their Coyote Dan Werner/FLSNY

### FINDING OF FACT

Plaintiffs are from Peru and entered this country legally as non-immigrant H-2A agricultural workers.

More over, having left the H2-A program and Absconded it appears undisputed that plaintiffs are now, in fact, in this country illegally.

**IT IS SO ORDERED**

                              **HONORABLE RICHARD J. ARCARA**
                              **UNITED STATES DISTRICT COURT**

They did not want to go back to Peru, They wanted to stay in the US and work full time. Two weeks after they absconded, they allowed their visas to expire, encouraged by Dan Werner, their Coyote. Absconding is a crime! Allowing your visa to expire is a

crime! Remaining in the United States with an expired visa is a crime! Aiding, abetting, and harboring an illegal alien is a crime!

Non-immigrant aliens who misrepresent themselves to a US District court commit a crime. Any persons who misrepresent an illegal non-immigrant alien to a US district court commit a crime!

Any person who attempts to intimidate an agent of the INS/Department of Homeland Security commits a crime! Absconded non-immigrant aliens who's visas have expired have no private right of action before a US District court! So much for the rule of law.

## THE ISSUE BEFORE THE COURT

The only issue before the court is a legal one: Whether Perry violated any law when he reported four non-immigrant alien absconders, in the united states, to INS agent Steven Throung on December 3rd 2001

## FACTUAL BACKGROUND

On December 3rd 2001 defendant Perry went to the Buffalo office of INS to report the whereabouts of the four non-immigrant alien absconders, as requested by INS agents during Perry's earlier telephone contacts. Perry's December 3rd meeting was at the INS' suggestion, when and if Perry ever became aware of who might be harboring them. By filing suit in US district court- WDNY on 11-28-01 misrepresenting themselves as migrant farm workers FLSNY/ Dan Werner, Patricia Kahalec exposed them selves.

It was during the meeting with INS agent Throung telephoned Patricia Kakalec to ask her to arrange an interview with the farm absconders, Ms Kakalec rebuffed agent Throung's request. As he hung up agent Throung told Ms Kakalec he would meet the absconders in court.

Three hours after agent Throung's telephone call, Ms Kakalec faxed the attached letter to defendant Perry, Et al, clearly acknowledging FLSNY's illegal actions of aiding, abetting and harboring four non-immigrant alien absconders in violation of IRCA of 1986 and the H2A labor contract.

## Plaintiff Memorandum of law

The four non-immigrant alien absconders who refurred to themselves as plaintiffs in cases 03-CV-457(A)(Sr) have now exposed others who they believe have aided and abetted them in their illegal acts in violation of IRCA, among those listed are:

1) New York Assistant Attorney General C. Micheal Higgins
2) NYS Assemblyman Hesbitt
3) NYS Senator Maziarz
4) Federal Public Defender Joseph B. Mistrett
5) Federal Public Defender Mariano Mariano
6) USA Terrance Flynn
7) US Representative Luise Slaughter
8) Emma Kreche/ RMM
9) Flor Aber/ROI
10) Paula Rosner, executive director of Hispanics United

What is significant about the above list of individuals is the fact that they are intimately knowledgeable of the sanctuary movement that has existed in New York State for decades, aiding, abetting, and harboring illegal aliens in violation of IRCA of 1986. Attached is a review of the current sanctuary movement activity entitled "Group Helps People in US Illegally"

Organizations such as the Catholic Church and the UAW union (Labor/ religion coalition) openly defy US immigration laws. It is estimated that there are approximately 1.6 million illegal aliens residing in New York State aided abetted and harbored by such seditious organizations, costing New York State, Taxpayers billions of dollars.

## CONCLUSION

Based on the foregoing, defendant Perry respectfully requests that the four non-immigrant alien absconder's motion for summary judgment be denied and the court vacate any injunction that might exist against defendant Perry enjoining Perry from exercising his constitutional right to contact or communicate with, in any way any local,

state or federal government official or agency regarding any illegal aliens residing in the United States.

Dated: August 21, 2008

Donald A Perry Pro Se
Donald A Perry
3760 Quaker Rd
Gasport NY 14067
Phone/fax 716-772-7815

To: Farm Workers Legal Services
Steven E. Cole Esq, Director
Molly L. Graver Esq
Attorneys for non-immigrant
Alien absconders (Plaintiffs)
1187 Culver road
Rochester NY 14609