AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTENO-BERNUY, et al., | **DECLARATORY**<br>**JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 03-CV-457A(Sr) |
| v. | |
| DONALD A. PERRY | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that pursuant to the Court's Order dated 8/5/09 granting, in part, plaintiffs' motion for summary judgment, it is hereby DECLARED and ADJUDGED that Defendant Donald A. Perry retaliated against the Plaintiffs in violation of 29 U.S.C. §215(a)(3); that the Plaintiffs do not intend to pursue monetary damages and that all factual and legal issues have been resolved and trial is unnecessary.

Date: September 9, 2009               MICHAEL J. ROEMER, CLERK

                                      By: s/Suzanne Grunzweig
                                          Deputy Clerk