AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF NEW YORK

CENTENO-BERNUY, et al.,

**DECLARATORY
JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 03-CV-457A(Sr)

v.

DONALD A. PERRY

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that pursuant to the Court's Order dated 8/5/09 granting, in part, plaintiffs' motion for summary judgment, it is hereby DECLARED and ADJUDGED that Defendant Donald A. Perry retaliated against the Plaintiffs in violation of  29 U.S.C. §215(a)(3); that the Plaintiffs do not intend to pursue monetary damages and that all factual and legal issues have been resolved and trial is unnecessary.

Date: September 9, 2009

MICHAEL J. ROEMER, CLERK

By: s/Suzanne Grunzweig
Deputy Clerk